# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION for HARRISONBURG

### CRIMINAL MINUTES - GUILTY PLEA HEARING

Case No.: 5-10-cr-15-02          Date: 06/25/2012

**Defendant:** NAKIA HEATH KELLER Custody          **Counsel:** Fred Heblich, Esq. FPD

| PRESENT: | | |
|---|---|---|
| | JUDGE: | Hon. Glen E. Conrad   TIME IN COURT: 1 hour 15 mins |
| | Deputy Clerk: | Susan Moody |
| | Court Reporter: | Carol Jacobs |
| | U. S. Attorney: | Tim Heaphy USA, Jeb Terrien, Stephen Phlegar, SAUSA |
| | USPO: | Lew Harmon, David Bean, USPO for Eric Taylor |

**PROCEEDINGS:**

☒ Court notes that deft has not been formally arraigned on Second Superseding Indictment. And that only change from First Superseding was a clerical change indicating Southern vs Northern District of WV. Deft acknowledges minor change and waives conduct of Rule 10 Arraignment Hearing

☒ Defendant re-arraigned as to Counts 1-10 and 13-16 of 2nd Superseding Indictment
☒ Defendant placed under oath. Court questions defendant regarding his physical and mental condition, and advises defendant of his rights, and the nature and possible consequences of plea.
☒ Court accepts plea of guilty as to all counts.
☒ Guilty plea form executed and filed.
☒ Government summarizes evidence to support plea and rests.
☒ Court finds defendant guilty as charged in Counts 1-10 and 13-16 pursuant to Rule 11 (c)(1)(C) and pending completion of PSR

**DEFENDANT PLEADS:**

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 02 | Counts 1-10 and 13-16 | | | |

☒ Court orders Presentence Report.

☒ Defendant to remain in custody

☒ Sentencing hearing scheduled 9/6/2012 @ 930 am before Judge Conrad in Harrisonburg VA