CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 20 2015

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 5:10CR00015 |
| | ) | Civil Action No. 5:13CV80612 |
| v. | ) | |
| | ) | **ORDER** |
| NAKIA HEATH KELLER, | ) | |
| | ) | By: Hon. Glen E. Conrad |
| Defendant. | ) | Chief United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

that the plaintiff's motion to alter or amend judgment under Federal Rule of Civil Procedure 59(e) (Docket No. 321) is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to all counsel of record.

ENTER: This 19th day of March, 2015.

/s/ Glen E. Conrad
Chief United States District Judge