IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 5:10-cr-15 |
| ) | |
| NAKIA HEATH KELLER ) | |

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

The undersigned counsel respectfully submits this motion for leave to withdraw as counsel for the Appellant, Nakia Heath Keller. The undersigned counsel has resigned from the Federal Public Defender's office effective September 6, 2021. Mr. Keller will continue to be represented by Arin Brenner from our office.

Respectfully submitted,

s/ Lisa M. Lorish
Lisa Marie Lorish
Assistant Federal Public Defender
410 East Market St, Ste 106
Charlottesville, VA 22902
Lisa_lorish@fd.org

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 25, 2021, I electronically filed the foregoing motion of Appellant with the Clerk of the Court using the CM/ECF System, which will send notice, and constitute service, of such filing to all registered CM/ECF users.

                                                             /s Lisa M. Lorish